LEVONIA HARDIN BULLARD, HUGH CARTER, and FANNIE CARTER, his wife, *et al.*, v. W. F. WALKER.

172 So. 363.
Opinion Filed February 1, 1937.

*Sutton, Tillman & Reeves,* for Appellants;
*John S. Edwards* and *C. V. McClurg,* for Appellee.

PER CURIAM.—This is a companion case to that of T. G. Lockwood, *et ux.,* and Hugh Carter, *et ux., et al.,* v. W. F. Walker, as trustee, etc., *et al.,* opinion filed at this term of court.

The controlling questions presented are the same as those presented in the other case and the orders and decrees appealed from are affirmed on authority of the opinion and judgment in that case.

So ordered.

Affirmed.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN and DAVIS, J. J., concur.